# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MATTHEW CORZINE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF CORRECTIONS;<br>AND DIRECTOR GREG COX,<br>Respondents. | No. 69951 |
| MATTHEW CORZINE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF CORRECTIONS;<br>AND DIRECTOR GREG COX,<br>Respondents. | No. 70216<br><br>**FILED**<br><br>MAY 18 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |

## *ORDER GRANTING REHEARING, ADMINISTRATIVELY CLOSING DOCKET NO. 70216, AND DIRECTING TRANSMISSION OF RECORD*

On April 11, 2016, this court entered an order dismissing the appeal in Docket No. 69951 on the ground that it was premature, as it appeared no written order had been entered. Appellant filed a timely petition for rehearing and attached a copy of the district court's final written order entered March 30, 2016. Because the district court entered the final written order before this court dismissed the appeal in Docket No. 69951, it appears we have jurisdiction and this appeal may proceed. Accordingly, we grant the petition for rehearing. *See* NRAP 4(a)(6) (If a written order or judgment is entered before dismissal of the premature appeal, the notice of appeal shall be considered filed on the date of and after entry of the order or judgment.).

Appellant has also filed a new notice of appeal from the order entered March 30, 2016, in Docket No. 70216. Because we grant

16-15644

rehearing in Docket No. 69951, we direct the clerk of this court to administratively close Docket No. 70216.

Finally, having reviewed the documents on file in this proper person appeal, we conclude that our review of the complete record is warranted. NRAP 10(a)(1). Accordingly, within 30 days from the date of this order, the clerk of the district court shall transmit to the clerk of this court a certified copy of the trial court record in District Court Case No. 15OC000851B. *See* NRAP 11(a)(2) (providing that the complete "record shall contain each and every paper, pleading and other document filed, or submitted for filing, in the district court," as well as "any previously prepared transcripts of the proceedings in the district court"). The record shall not include any exhibits filed in the district court. NRAP 11(a)(1).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Matthew Corzine
      Attorney General/Carson City
      Carson City Clerk

---

[1]Appellant's motion to expedite this appeal, filed March 31, 2016, is granted to the following extent. This court will expedite the resolution of this appeal to the extent that this court's docket will allow.